MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
mhauf@ganzhauf.com
MELANIE L. THOMAS, ESQ.
Nevada Bar No. 12576
mthomas@ganzhauf.com
GANZ & HAUF
8950 West Tropicana, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
Attorneys for Plaintiff
DUNIA SOLIS

-o0o-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUNIA SOLIS,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01164-JCM-PAL<br><br>**NOTICE OF CORRECTED IMAGE/DOCUMENT** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record and hereby stipulate to extend the time for Plaintiff to file her Reply to Plaintiff's Motion to Remand filed on July 22, 2018, by six (6) days.

Plaintiff's response is currently due on August 13, 2018. Plaintiff for good cause, requests an extension of time until Tuesday, August 21, 2018, six (6) days after the reply would otherwise by due.

…

…

…

…

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 16TH day of August 2018

GANZ & HAUF

/s/ Marjorie L. Hauf, Esq.

_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
mhauf@ganzhauf.com
MELANIE L. THOMAS, ESQ.
Nevada Bar No. 12576
mthomas@ganzhauf.com
8950 W. Tropicana Ave. #1
Las Vegas, NV 89147
Attorney for Plaintiff
DUNIA SOLIS

Dated this 16TH day of August 2018.

HALL JAFFE & CLAYTON

/s/ Riley Clayton, Esq.

_____
RILEY CLAYTON, ESQ.
Nevada Bar No. 5260
Email: rclayton@lawhjc.com
7425 Peak Drive
Las Vegas, NV 89128
Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

IT IS SO ORDERED.

Dated August 16, 2018.

_____
UNITED STATES DISTRICT JUDGE

